# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 20-8523-JFW(JEMx)** | Date:  October 2, 2020 |

Title:     Philip Holstein, et al. *-v-* Lisa Duboise, et al.

---

**PRESENT:**

  **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

|  Shannon Reilly | None Present |
|---|---|
|  Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                  None                                                                          None

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE


  On September 17, 2020, Plaintiffs Philip Holstein, Thundercloud Group Pension Trust, Holstein Partnership II, Sara Laurel Cloud Holstein, Matthew Holstein, Kate Holstein, and Samantha R. Elders (collectively, "Plaintiffs") filed a verified Complaint and an Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re Issuance of Preliminary Injunction ("Application").  Docket No. 11.  On September 21, 2020, the Court issued an Order to Show Cause Why This Action Should Not Be Dismissed For Lack of Subject Matter Jurisdiction ("OSC").  Docket No. 15.  On September 23, 2020, Plaintiffs filed their Response to the OSC.  Docket Nos. 16 and 17.  In their Response, Plaintiff requested permission to file a verified First Amended Complaint to add the Philip Holstein Family Trust as a plaintiff and remove Holstein Partnership II as a plaintiff.  On September 24, 2020, the Court granted Plaintiff's Request to file a verified First Amended Complaint.  Docket No. 20.  In its September 24, 2020 Order, the Court specifically stated that "the Court will defer ruling on the Plaintiffs' [Application] or discharging the OSC until the Court has had an opportunity to review the First Amended Complaint and any opposition that may be filed."  However, Plaintiffs have failed to file a verified First Amended Complaint.

  Accordingly, Plaintiffs are hereby ordered to show cause, in writing, no later than **October 5, 2020**, why this action should not be dismissed for lack of subject matter jurisdiction and why Plaintiffs' Application should not be denied in light of Plaintiffs' failure to file a verified First Amended Complaint.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the denial of the Application and the dismissal of this action.

  IT IS SO ORDERED.